■ ANN G. ARCARO v. GEORGE C. ARCARO. ANN G. ARCARO v. GEORGE C. ARCARO et al. GEORGE C. ARCARO v. ANN G. ARCARO et al.— Motion granted insofar as to continue the interim stay contained in the order to show cause, dated September 30, 1959, pending the hearing and determination of the plaintiff's motion for similar relief returnable in Special Term, Part I, of the Supreme Court, Bronx County, on October 16, 1959. In all other respects, the motion is denied. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ In the Matter of JOYCE K. McGUINNESS et al. against CARMINE G. DESAPIO.— Motion granted. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Stevens, JJ.

## (October 19, 1959)

■ THE PEOPLE OF THE STATE OF NEW YORK v. ABBOTT MAINTENANCE CORP. AND INSTALMENT DEPARTMENT, INC.— The decision of this court filed herein on the 15th day of October, 1959 is recalled and the order of this court entered on October 15, 1959 is vacated, and the motion restored to the Motion Calendar for November 4, 1959. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.